# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOANNAH MARIE SCHUMACHER,
Appellant,
vs.
NATIONAL DEFAULT SERVICING
CORPORATION; AND WELLS FARGO
BANK, N.A.,
Respondents.

No. 69473

FILED

AUG 1 9 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying an injunction and restraining order. Second Judicial District Court, Washoe County; Patrick Flanagan, Judge.

On January 14, 2016, this court issued a notice regarding the deadlines in this pro se appeal. Pursuant to that notice the docketing statement was due to be filed by February 3, 2016, and appellant's "informal brief for pro se parties" or opening brief was due to be filed by May 13, 2016. Appellant failed to file the documents, and on June 6, 2016, this court entered an order directing appellant to file the documents within 15 days. We cautioned appellant that failure to comply with our order would result in the imposition of sanctions, including dismissal of this appeal. NRAP 14(c); 31(d). To date, appellant has failed to file the

16-24714

documents.  Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Patrick Flanagan, District Judge
       Joannah Marie Schumacher
       Tiffany & Bosco, P. A.
       Washoe District Court Clerk